## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 471 MAL 2017

            Respondent            :

                               :   Petition for Allowance of Appeal from
                               :   the Order of the Superior Court

          v.                  :

STEVEN A. DONTON,            :

            Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 21st day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.